IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**JENNIFER LYNN LEWIS,**

    **Plaintiff,**

v.                                                Case No.: 3:12-cv-08073

**CAROLYN W. COLVIN,**
**Acting Commissioner of the**
**Social Security Administration,**

    **Defendant.**

## JUDGMENT ORDER

In accordance with the MEMORANDUM OPINION entered this day, it is hereby **ORDERED** as follows:

(1) Plaintiff's request for judgment on the pleadings as articulated in her Brief in Support of Judgment on the Pleadings (ECF No. 11) is **DENIED**;

(2) The Commissioner's request for judgment on the pleadings as articulated in her Brief in Support of Defendant's Decision (ECF No. 12) is **GRANTED**;

(3) The final decision of the Commissioner is **AFFIRMED**; and

(4) This action is **DISMISSED** from the docket of this Court.

The Clerk is directed to provide copies of this Order to all counsel of record.

                                  **ENTERED**: November 21, 2013.

                                  Cheryl A. Eifert
                                  United States Magistrate Judge